# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

REGIONS BANK D/B/A REGIONS
MORTGAGE, ET AL.

NO.  2025 CW 0652

VERSUS

BRYAN CALHOUN AND REGINA
CALHOUN

**OCTOBER 23, 2025**

In Re:   Bryan Calhoun, applying for supervisory writs, 23rd
Judicial District Court, Parish of Ascension, No.
143353.

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to comply
with Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal,
as it failed to include an affidavit as required by subsection
(A), the information required by Rule 4-5(C)(1) through (5), and
a copy of each pleading on which the judgment, order or ruling was
founded, including the petition, in violation of Rule 4-5(C)(8).
In addition, this court requests a copy of the underlying judgment
sought to be appealed and the notice of appeal referenced in
relator's motion.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the missing items noted herein and documentation to show that the
original writ application was timely, and must comply with Uniform
Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new
application must be filed on or before November 12, 2025, and must
contain a copy of this ruling.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT